# KAPLAN HECKER & FINK LLP

Direct Dial: (212) 763-0889
Direct Email: shecker@kaplanhecker.com

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020

December 30, 2019

*Handwritten endorsement:* 1/6/20 Violation proceeding adj to February 6, 2020, at 2:30 p.m. *[signature]*

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Chambers 2550
New York, New York 10007

Re: *U.S.A.* v. *Fernandez et al*, 12-cr-445-CM-10

Dear Chief Judge McMahon:

I write with the consent of the Government and the Probation Department to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for defendant Lamont Robinson, which is currently scheduled for January 9, 2019 at 3:45 pm.

### Procedural History

**MEMO ENDORSED**

We first appeared on this matter in front of Your Honor on September 23, 2019. With the consent of the Government and the Probation Department, we previously requested one adjournment in this case of the conference that was scheduled for December 5, 2019, which the Court adjourned to January 9, 2019 at 3:45 pm.

### Request for Adjournment

Mr. Robinson currently has an open criminal case in Bronx County (#01086-2019) for which the next scheduled appearance is on January 30, 2020. The alleged criminal conduct in the Bronx forms the bases for the alleged violations of the conditions of Mr. Robinson's supervised release. With the consent of the Government and the Probation Department, I am requesting a further adjournment to give the parties time to see whether and how the Bronx matter is resolved before we determine next steps in this matter. We ask further that Mr. Robinson's current conditions of release remain in place until our next appearance.

Respectfully submitted,

*[signature]*

Sean Hecker

cc: (by ECF)

Kevin Sullivan and Andrew Adams
Assistant United States Attorneys

Andrew Chan and Erin Weinrauch
United States Probation Officers