# KAPLAN HECKER & FINK LLP

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

Direct Dial: (212) 763-0889
Direct Email: shecker@kaplanhecker.com

MEMO ENDORSED

June 18, 2020

6/22/20
VOSR hearing adj to
Oct 1, 2020 at 4PM

*[signature: Colleen McMahon]*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Chambers 2550
New York, New York 10007

Re:  *United States v. Fernandez et al*, 12-cr-445-CM-10

Dear Chief Judge McMahon:

I write with the consent of the Government and the Probation Department to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for defendant Lamont Robinson, which is currently scheduled for June 25, 2020 at 2:00 pm.

### Procedural History

We first appeared on this matter in front of Your Honor on September 23, 2019. A VOSR hearing in this case was originally scheduled for November 19, 2019. With the consent of the Government and the Probation Department, we previously requested five adjournments of that hearing, which the Court granted. The Court most recently adjourned the hearing to June 25, 2020 at 2:00 pm.

### Request for Adjournment

As the Court is aware, Mr. Robinson currently has an open criminal case in Bronx County (#01086-2019). In light of the COVID-19 pandemic, that case has been administratively adjourned and the next scheduled appearance is on September 16, 2020. An evidentiary motion is also still pending in the state case. The alleged criminal conduct in the Bronx forms the bases for the alleged violations of the conditions of Mr. Robinson's supervised release, and we believe it would be prudent to have an opportunity to be fully briefed on the proceedings in state court prior to appearing again before Your Honor.

With the consent of the Government and Probation, I am therefore requesting an adjournment of the conference scheduled in this case to the week of September 21, 2020, to give the parties time to see what developments occur in the Bronx matter and how the courts are addressing the virus outbreak before we next appear in this case. I ask further that Mr. Robinson's current conditions of release remain in place until our next appearance.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/20