# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/21

**MEMO ENDORSED**

9/21/21       September 17, 2021

Violation Proceeding Adj.
to Dec. 21, 2021 at 2pm.

*[signature]*

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Chambers 2550
New York, New York 10007

Re: *U.S.A.* v. *Fernandez et al.*, 12-cr-445-CM-10

Dear Judge McMahon:

    I write with the consent of the Government and the Probation Department to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for defendant Lamont Robinson, which is currently scheduled for September 23, 2021, at 3:00 p.m.

### Procedural History

    We first appeared in this matter in front of Your Honor on September 23, 2019. A VOSR hearing in this case was originally scheduled for November 19, 2019. With the consent of the Government and the Probation Department, we previously requested ten adjournments of that hearing, which the Court granted. The hearing was most recently adjourned to September 23, 2021, at 3:00 p.m.

### Request for Adjournment

    The requested adjournment is warranted because Mr. Robinson currently has an open criminal case in Bronx County (#01086-2019), for which the next scheduled hearing is on September 29, 2021. The alleged criminal conduct in the Bronx forms the bases for the alleged violations of the conditions of Mr. Robinson's supervised release. Accordingly, any developments in that case may inform the parties' next steps in this matter.

    In light of Mr. Robinson's ongoing state case, I request—with the consent of the Government and the Probation Department—a further adjournment of the conference scheduled in this case to a date after November 17, 2021.

Page 2

I ask further that Mr. Robinson's current conditions of release remain in place until our next hearing.

Respectfully submitted,

Sean Hecker

cc: (by ECF)
Samuel P. Rothschild and Andrew Adams, Assistant United States Attorneys

Erin Weinrauch, United States Probation Officer