# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0889
DIRECT EMAIL shecker@kaplanhecker.com

December 8, 2021

**MEMO ENDORSED**
12/17/21

VOSR Proceeding Adj
to January 25, 2022
At 3PM
*[signature]*

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Chambers 2550
New York, New York 10007

Re: *U.S.A.* v. *Fernandez et al.*, 12-cr-445-CM-10

Dear Judge McMahon:

I write with the consent of the government and Probation to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for defendant Lamont Robinson, which is currently scheduled for December 21, 2021, at 2:00 p.m.

Procedural History

We first appeared in this matter in front of Your Honor on September 23, 2019. A VOSR hearing in this case was originally scheduled for November 19, 2019. With the consent of the Government and the Probation Department, we previously requested eleven adjournments of that hearing, which the Court granted. The hearing was most recently adjourned to December 21, 2021, at 2:00 p.m.

Request for Adjournment

The requested adjournment is warranted because Mr. Robinson currently has an open criminal case in Bronx County (#01086-2019), for which the next scheduled appearance has been adjourned to January 11, 2022. The alleged criminal conduct in the Bronx forms the bases for the alleged violations of the conditions of Mr. Robinson's supervised release. Accordingly, any developments in that case may inform the parties' next steps in this matter.

In light of Mr. Robinson's ongoing state case, I request—with the pending consent of the government and the Probation Department—a further adjournment of the conference scheduled in this case to a date after January 17, 2022.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/21

Case 1:12-cr-00445-CM   Document 846   Filed 12/17/21   Page 2 of 2
Case 1-12-cr-00445-CM-10   Document 845   Filed in NYSD on 12/08/2021   Page 2 of 2

Page 2

I ask further that Mr. Robinson's current conditions of release remain in place until our next hearing.

Respectfully submitted,

*Sean Hecker* (signature)

Sean Hecker

cc: (by ECF)
Samuel P. Rothschild and Andrew Adams, Assistant United States Attorneys

Erin Weinrauch, United States Probation Officer