# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0889
DIRECT EMAIL  shecker@kaplanhecker.com

MEMO ENDORSED

January 13, 2022

1/18/22

VOSR Proceeding Adj
to March 3, 2022
at 3 PM.

[signature: Colleen McMahon]

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Chambers 2550
New York, New York 10007

Re: *U.S.A.* v. *Fernandez et al.*, 12-cr-445-CM-10

Dear Judge McMahon:

I write with the consent of the government and Probation to request an adjournment of our upcoming Violation of Supervised Release (VOSR) hearing for defendant Lamont Robinson, which is currently scheduled for January 25, 2022, at 3:00 p.m.

### Procedural History

We first appeared in this matter in front of Your Honor on September 23, 2019. A VOSR hearing in this case was originally scheduled for November 19, 2019. With the consent of the Government and the Probation Department, we previously requested twelve adjournments of that hearing, which the Court granted. The hearing was most recently adjourned to January 25, 2021, at 3:00 p.m.

### Request for Adjournment

The requested adjournment is warranted because Mr. Robinson currently has an open criminal case in Bronx County (#01086-2019), for which the next scheduled appearance has been adjourned to February 8, 2022. The alleged criminal conduct in the Bronx forms the bases for the alleged violations of the conditions of Mr. Robinson's supervised release. Accordingly, any developments in that case may inform the parties' next steps in this matter.

In light of Mr. Robinson's ongoing state case, I request—with the pending consent of the government and the Probation Department—a further adjournment of the conference scheduled in this case to a date after February 14, 2022.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/22

Page 2

I ask further that Mr. Robinson's current conditions of release remain in place until our next hearing.

Respectfully submitted,

Sean Hecker

cc: (by ECF)
Samuel P. Rothschild and Andrew Adams, Assistant United States Attorneys

Erin Weinrauch, United States Probation Officer